UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 2:23-cr-00222-01 |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| DEONTA DAMON WHEELER | : | MAGISTRATE JUDGE KAY |

REPORT AND RECOMMENDATION ON FELONY
GUILTY PLEA BEFORE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge on December 11, 2023, at which time the defendant expressed a desire to waive his right to plead guilty before a District Judge and enter into a plea before the U. S. Magistrate Judge.  Defendant indicated on the record his desire to consent to proceed before the undersigned and executed a waiver.  Defendant was at all times represented by counsel, Aaron Albert Adams.

After said hearing and for reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, that his guilty plea to Count Two of the two-count Indictment is fully supported by the written factual basis acknowledged by defendant orally in court and by his signature on the written document.  This factual basis supports each essential element of the offense to which the defendant pled.

1

Therefore the undersigned U.S. Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, DEONTA DAMON WHEELER, and that he be finally adjudged guilty of the offense charged in Count Two of the Indictment.

Sentencing is set for April 11, 2024, at 10:00 a.m., before the Honorable James David Cain, Jr. in Lake Charles, Louisiana. Defendant's presentencing memorandum is due 14 days before the sentencing hearing, and any response by the government is due 7 days thereafter. Defendant is to remain in the custody of the U.S. Marshal pending sentencing.

THUS DONE AND SIGNED in Chambers this 11th day of December, 2023.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE